IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NAOMI McMILLIAN o/b/o A.T.F., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:11-CV-344-WKW |
| ) | [WO] |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On August 17, 2012, the Magistrate Judge filed a Recommendation (Doc. # 21) to which Plaintiff objected (Doc. # 22).  Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, see 28 U.S.C. § 636(b), it is the ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's Objection is OVERRULED;

2. The Recommendation of the Magistrate Judge is ADOPTED as the opinion of this court; and

3. The decision of the Commissioner is AFFIRMED.

DONE this 27th day of September, 2012.

                                                  /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE